UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Jefry Johan ALVAREZ-FLORES,

    Defendant
_____/

Case: 2:24-cr-20069
Assigned To : Grey, Jonathan J.C.
Referral Judge: Altman, Kimberly G.
Assign. Date : 2/14/2024
Description: IND USA V.
ALVAREZ-FLORES (DJ)

Violations:
8 U.S.C. § 1326(a)
18 U.S.C. § 111

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 8 U.S.C. § 1326(a) - Unlawful Re-Entry

On or about December 20, 2023, within the Eastern District of Michigan, Southern Division, Jefry Johan ALVAREZ-FLORES, an alien who had previously been excluded, deported and removed from the United States on or about September 6, 2019 at or near Pearsall, Texas, was found in the United States without the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

1

## COUNT TWO

### 18 U.S.C. § 111(a)(1) and (b) – Assaulting, Resisting or Impeding Federal Officers with a Dangerous Weapon

On or about December 20, 2023, within the Eastern District of Michigan, Southern Division, Jefry Johan ALVAREZ-FLORES, did intentionally and knowingly use a deadly weapon, to wit, an automobile, to forcibly assault, resist, oppose, impede, intimidate and interfere with an officer or employee of the United States or any agency in any branch of the United States Government, to wit, the Department of Homeland Security, Immigration and Customs Enforcement, while engaged in the performance of official duties, in violation of Title 18, United States

Code, Section 111(a)(1) and (b).

                                                                THIS IS A TRUE BILL
                                                                *s/Grand Jury Foreperson*
                                                                GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Michael C. Martin*
MICHAEL C. MARTIN
AUSA, Chief, National Security Unit

*s/Susan E. Fairchild*
SUSAN E. FAIRCHILD
Assistant United States Attorney

Dated: February 14, 2024

3

Case: 2:24-cr-20069
Assigned To : Grey, Jonathan J.C.
Referral Judge: Altman, Kimberly G.
Assign. Date : 2/14/2024
Description: IND USA V.
ALVAREZ-FLORES (DJ)

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet |
|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: _SVF_ |

**Case Title:** USA v. Jefry Johan ALVAREZ-FLORES

**County where offense occurred :** Oakland

**Check One:**   ☒ Felony     ☐ Misdemeanor     ☐ Petty

    ✓ Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number:                    ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 14, 2024
    Date

*/s/ Susan E. Fairchild*
Susan Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9577
Fax:
E-Mail address: Susan.Fairchild@usdoj.gov
Attorney Bar #: P41908

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.